**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 03-6751**

─────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DONALD WAYNE MELTON,

                              Defendant - Appellant.

─────────

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Henry M. Herlong, Jr., District
Judge.  (CR-00-490, CA-03-596)

─────────

Submitted:  July 10, 2003          Decided:  July 17, 2003

─────────

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Donald Wayne Melton, Appellant Pro Se.  Regan Alexandra Pendleton,
Assistant United States Attorney, Greenville, South Carolina, for
Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Donald W. Melton seeks to appeal the district court's order dismissing his 28 U.S.C. § 2255 (2000) motion. Melton cannot appeal this order unless a circuit judge or justice issues a certificate of appealability, and a certificate of appealability will not issue absent a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A habeas appellant meets this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, ___ U.S. ___, 123 S. Ct. 1029, 1039 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir.), cert. denied, 534 U.S. 941 (2001). We have independently reviewed the record and conclude Melton has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED